IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EDVALDO MENDES BEZERRA JUNIOR, | * |
| Petitioner, | * |
| v. | Case No. 4:26-cv-64-CDL-CHW |
| | * |
| Warden, STEWART DETENTION CENTER, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 21, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 22nd day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk